# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00284-CV

### Texas Department of Insurance and Mike Geeslin, in his Capacity as Commissioner of Insurance, Appellants

**v.**

### Allstate Texas Lloyd's, Appellee

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT NO. D-1-GN-07-003130, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties to this case have filed a joint agreed motion to dismiss the appeal based on a settlement. *See* Tex. R. App. P. 42.1(a). The motion informs the Court that an order entered by the Commissioner of Insurance on May 12, 2008, has resolved the dispute. We grant the motion and dismiss the appeal. *Id*.

 

 

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Dismissed on Joint Motion

Filed:  June 4, 2008